UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Criminal No. 04-280 (FSH) |
| v. | : | |
| | : | |
| ISHMAEL PRAY. | : | **ORDER** |
| | : | |
| Defendant. | : | |

This matter having come before the Court by letter dated April 12, 2009 by Defendant, Ishmael Pray, requesting the entry of an Order to defer the payments of the fine imposed on January 29, 2007 until after the commencement of his term of Supervised Release; and the Government having submitted a letter dated June 8, 2009 stating no opposition; and the Court having considered the arguments and for good cause shown;

**IT IS** on this 11th day of June, 2009,

**ORDERED** that the Defendant's request to defer the payments of the fine imposed on January 29, 2007 is hereby **GRANTED;** it is further

**ORDERED** that the Defendant shall continue to make payments immediately upon the commencement of his term of Supervised Release.

    /s/ Faith S. Hochberg
United States District Judge